FILED

06/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0012

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0012

_____

POPLAR ELEMENTARY SCHOOL
DISTRICT NO. 9,

      Petitioner and Appellant,

  v.                                O R D E R

FROID ELEMENTARY SCHOOL
DISTRICT NO. 65,

      Respondent and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable David Cybulski, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 24 2020